UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAMID REZA HASEMI,<br>     #77689 | )<br>)<br>) | |
| Plaintiff, | ) | 3:11-cv-00694-HDM-VPC |
| vs. | )<br>) | |
| JACK PALMER, *et al.*, | )<br>) | **ORDER** |
| Defendants. | )<br>)<br>) | |

On September 26, 2011, the court received a habeas petition from petitioner on the court-approved form. Petitioner failed to submit an application to proceed *in forma pauperis* or to pay the filing fee.

Moreover, a petition for writ of habeas corpus is the method by which a prisoner challenges the legality or duration of his custody, or raises a constitutional challenge which could entitle him to an earlier release. *Preiser v. Rodriguez*, 411 U.S. 475 (1973); *Young v. Kenny*, 907 F.2d 874 (9th Cir. 1990), *cert. denied* 11 S.Ct. 1090 (1991). However, plaintiff appears to complain of the confiscation of his religious property, and therefore, his claims appear to implicate his civil rights pursuant to 42 U.S.C. § 1983 and do not sound in habeas corpus. Accordingly, this action is dismissed without prejudice. If plaintiff chooses to file a civil rights action pursuant to § 1983, he may do so in

a new action, with a new case number, on the court-approved forms, accompanied by either an application to proceed *in forma pauperis* or the filing fee.

**IT IS THEREFORE ORDERED** that this petition is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for filing a civil rights lawsuits under 42 U.S.C. §1983.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 11th day of October, 2011.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE