AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

HAMID REZA HASEMI, #77689

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-CV-00694-HDM-VPC**

JACK PALMER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED WITHOUT PREJUDICE.

October 12, 2011                **LANCE S. WILSON**
                                                     Clerk

                                                      /s/ M. Campbell
                                                      Deputy Clerk