# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAMID R. HASHEMI, | ) | |
| Plaintiff, | ) | 3:11-cv-00776-HDM-WGC |
| vs. | ) | |
| | ) | ORDER |
| JACK PALMER, *et al,* | ) | |
| Defendants. | ) | |

Before the Court is plaintiff's application to proceed in *forma pauperis* and a motion under Fed. R. Civ. Pro. 60(B). ECF No. 1. It appears from the motion that plaintiff seeks reconsideration of the dismissal of his habeas corpus petition in case number 3:11-cv-00694-HDM-VPC. A motion under Rule 60(b) is a motion for the judge issuing an order or judgment to reconsider that decision in that case. Therefore, the Fed. R. Civ. Pro. 60(B) motion and in *forma pauperis* application shall be transferred to case number 3:11-cv-00694-HDM-VPC for consideration therein. This case shall be closed.

**IT IS SO ORDERED**.

Dated this 27th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE